ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 10-0446 BMK |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| VS. | ) | |
| | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| RENE LEMA | ) | |
| | ) | MAY 12 2010 |
| | ) | at 11 o'clock and ⌒ min. ⌒ M. |
| Defendant. | ) | SUE BEITIA, CLERK |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about May 11, 2010, in Maui County, in the District of Hawaii, defendant above-named knowingly and intentionally attempted to possess with intent to distribute ~~fifty~~ (50~~0~~) grams five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

I further state that I am a Special Agent with ICE and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

Sworn to before me and
subscribed in my presence,
this 12th day of May
2010, at Honolulu, Hawaii.

_____
Special Agent MARK CHOCHOL
COMPLAINANT

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge

1

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

MARK CHOCHOL, after being duly sworn, deposes and states as follows:

1. I am an ICE Special Agent currently assigned to the Special Agent in Charge Honolulu Office, in Honolulu, Hawaii.

2. On or about May 04, 2010, ICE SAC Honolulu Agents identified a suspicious vehicle, specifically a 2000 White Honda Accord (hereinafter referred to as "TARGET VEHICLE") that was being shipped from Long Beach, California to Honolulu, Hawaii with a final destination of Kahului, Maui via Horizon Lines, LLC. On May 07, 2010, ICE Special Agent Brandon Silva applied for a search warrant to be executed on the TARGET VEHICLE. A search warrant was issued that same day by Magistrate Judge Kevin S.C. Chang. Upon execution of the warrant, a total of approximately 3,529 gross grams of methamphetamine was recovered from the TARGET VEHICLE. Based on the recovery of the methamphetamine, Agents applied for and obtained both a beeper warrant and a tracking warrant from Magistrate Judge Kevin S.C. Chang.

3. After issuance of beeper and tracking warrants, agents and officers of ICE and DEA traveled to Maui, Hawaii to effect a controlled delivery. The TARGET VEHICLE's hidden compartment was repaired and an electronic monitoring device was inserted, along with pseudo-meth. The pseudo-meth and the compartment were also dusted with fluorescent powder.

4. On May 12, 2010, at approximately 1056, agents observed a Hispanic male (later identified as Rene LEMA) as he arrived at Young Brothers in Kahului, Maui. LEMA accepted possession of the TARGET VEHICLE and proceeded to drive the TARGET VEHICLE to 150 Manino Circle in Kihei, Hawaii. Upon arriving in Kihei, LEMA and other unidentified Hispanic males entered into an unknown apartment. A short time later, LEMA was observed as he drove the TARGET VEHICLE from 150 Manino Circle, Kihei Hawaii, to a local gas station and then to 276 Kaiwahine Street, Kihei, Hawaii.

5. On May 11, 2010, at approximately 1333, agents were notified that the compartment containing the pseudo-meth had been accessed because the beeper had been triggered. Agents arrested Rene LEMA without incident. Agents conducted a black light test of LEMA's hands with positive results indicating that LEMA did in fact handle the bundles of pseudo-meth.

6. It is this affiant's belief that Rene LEMA did in fact knowingly ship the TARGET VEHICLE from Long Beach, California to Kahului, Maui with the intention of distributing approximately 3,529 gross grams of methamphetamine on the Island of Maui. Furthermore, LEMA did intentionally conceal and mask the methamphetamine in a hidden compartment within the TARGET VEHICLE to prevent discovery by law enforcement and others. Based on the fact that LEMA accessed the hidden compartment containing pseudo-meth, it is this affiant's belief that LEMA did knowingly and intentionally violate Title 21 United States Code, Section(s) 841 and 846.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT MARK CHOCHOL

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at  11:15  a .m. on May 12, 2010.

Subscribed and Sworn to Before Me,
this 12th Day of May 2010.

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge

